# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**NATHANIEL PRUITT**                                                               **PETITIONER**

**v.**                       **No. 1:16CV199-SA-RP**

**MARSHALL FISHER, ET AL.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 13th day of November, 2017.

                                                                       **/s/ Sharion Aycock**
                                                                       **U.S. DISTRICT JUDGE**