IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NATHANIEL PRUITT                                                                PETITIONER

v.                                                                                          No. 1:16CV199-SA-RP

MARSHALL FISHER, ET AL.                                                    RESPONDENTS

**CERTIFICATE OF APPEALABILITY**

A final order having been issued in either a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241 or in a proceeding under 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that

**PART A**

☐    The applicant has made a substantial showing of the denial of a constitutional right.

**SPECIFIC ISSUE(S):**

☒    **A certificate of appealability should not issue.**

**REASONS FOR DENIAL:**

For the reasons stated in the opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superceded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(1) and (2). Specifically, the court finds, for the reasons set forth in its, memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed for failure to exhaust state remedies.

**SO ORDERED**, this, the 13th day of November, 2017.

                                                            /s/ Sharion Aycock
                                                            U.S. DISTRICT JUDGE